THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

SEND
ENTER
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-8477 PA(Mcx) | Date | September 1, 2005 |
|---|---|---|---|
| Title | Applied Business Software, Inc. v. Pacific Mortgage Exchange, Inc. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| C. Kevin Reddick | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

David Abel                                               Christopher McIntire

**Proceedings:**     **Settlement Conference**

A settlement conference is held before United States District Court Judge John F. Walter. The matter is settled. The Court confirms that the settlement agreement signed by all parties accurately reflects the terms and conditions of settlement. The Court hereby dismisses this action.

ENTERED
CLERK, U S DISTRICT COURT
SEP - 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD



Initials of Preparer

cc: